UNITED STATES DISTRICT COURT
FILED

March 21, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMEN AMERICA, INC. | CIVIL ACTION |
| VERSUS | CASE NO. 00-157 |
| ING 828 BARGE, ET AL | SECTION "N" |

### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** regarding this action will be held **BY TELEPHONE** on **April 7, 2000 at 10:45 a.m.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

<u>TRIAL COUNSEL</u> are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

March 21, 2000

Anita B. Kinghorn
Courtroom Deputy, Section "N"
589-7688

NOTICE: COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.
COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

_FEE_____
_PROCESS_ AK_____
_DKTD_____
_CTRMDEP_____
_DOC.NO. 5_____