

MINUTE ENTRY
WILKINSON, M.J.
JUNE 21, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMEN AMERICA, INC. | CIVIL ACTION |
| VERSUS | NO. 00-157 |
| BARGE ING 828 ET AL. | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:            Defendant's Motion to Compel Discovery Responses

O R D E R E D:

__XXX__ :       GRANTED. Plaintiff must provide written responses to defendant's interrogatories and requests for production of documents, together with all responsive documents, within ten (10) days of entry of this order. Because plaintiff failed to provide timely written responses as required by Fed. R. Civ. P. 33(b)(3) and 34(b), all objections, if any, to this discovery are deemed waived, Fed. R. Civ. P. 33(b)(4); In re United States, 864 F.2d 1153, 1156 (5th Cir. 1989), and plaintiff's responses must be provided without objection.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 2 2 2000

