```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2000 AUG 22  AM 11:47

                                         LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**CHASEZ, M.J.**
**AUGUST 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMEN AMERICA, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-157 |
| ING 828 BARGE, ET AL | SECTION: "N"(2) |

A settlement conference in the above matter is hereby SCHEDULED for August 30, 2000 at 3:00 p.m. before Magistrate Judge Alma Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

                                              _____
                                                    ALMA L. CHASEZ
                                              UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 2 2 2000

Fee____
Process____
Dktd____
CtRmDep____
Doc.No.____