FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -5 PM 4: 25

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
September 5, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMEN AMERICA INC. | CIVIL ACTION |
| VERSUS | NO. 00-157 |
| ING 828 BARGE, ET AL | SECTION "N" |

IT IS ORDERED that the pre-trial conference scheduled for Thursday, September 28, 2000 at 9:50 a.m. in the above captioned matter will be conducted by Chief Judge A. J. McNamara in his chambers, C-367.

\* \* \* \* \*

DATE OF ENTRY
SEP 6 2000