

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
SEPTEMBER 28, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOMEN AMERICA, INC. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0157 |
| BARGES ING 828 AND ING 866, ET AL | * | SECTION: "N"(2) |

The court[1] held the final Pre-Trial Conference on Thursday, September 28, 2000, with the following counsel in attendance: John Fay and Walter Maestri for the Plaintiff; and Don Haycraft for the Defendant. At this conference the court instructed the parties as follows:

(1) The Trial will be held before Judge McNamara <u>on Thursday, October 12, 2000 at 1:00 p.m.</u>;

(2) By <u>10:00 a.m. on Wednesday, October 11, 2000</u>, Plaintiff's counsel is to prepare and submit to the court the **original and one copy** of a single Bench Book which should contain:

---

[1] This case is assigned to Judge Clement (Section "N"). However, Judge McNamara (Section "D") held the Pre-Trial Conference and will reside over the Trial, as Judge Clement is trying a criminal matter in the Middle District of Louisiana.

DATE OF ENTRY
SEP 2 8 2000

(a) An Index of <u>all</u> exhibits listing and numbering all exhibits sequentially and without reference to the offering party. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits without a break in the numbering system and with a short description of the objection next to each "objected to exhibit." <u>Separate, but brief memoranda responding to the objections must be submitted to the court by the offering party by 10:00 a.m. on Wednesday, October 11, 2000</u>;

(b) All exhibits are to be included in a single Bench Book (if feasible) with each exhibit **tabbed and paginated**;

(c) Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer. Further, exhibits which contain many pages should be edited to include only pertinent parts;

(3) By <u>10:00 a.m. on Wednesday, October 11, 2000</u>, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live

testimony at Trial;

    (4)  By <u>10:00 a.m. on Wednesday, October 11, 2000</u>, the parties are to submit any Trial Memoranda they *elect* to submit;

    (5)  Following the Pre-Trial Conference, counsel scheduled another Settlement Conference with Magistrate Judge Chasez.

\* \* \* \* \* \*

