

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMEN AMERICA, INC. | CIVIL ACTION |
| versus | NO. 00-0157 |
| BARGES ING 828 and 866, ETC., ET AL | SECTION: "N" (2) |

<u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, September 29, 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 9 2000