


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 17 PM 4: 32

LORETTA G. WHYTE
  CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOMEN AMERICA, INC. | * | CIVIL ACTION |
| versus | * | NO. 00-0157 |
| BARGE ING 828 AND BARGE ING 866, their engines, tackle, apparel, etc., *in rem*, and | * | SECTION "N" |
| INGRAM BARGE COMPANY, *in personam* | * | MAGISTRATE 2 |

### JOINT MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff TOMEN AMERICA, INC., and defendant INGRAM BARGE COMPANY, as owner of the Barge ING 828 and the Barge ING 866, who move this Court to dismiss this case, with prejudice, on the ground that it has been amicably resolved.

### ORDER

Considering the foregoing motion, it is hereby ordered that the claim of TOMEN AMERICA, INC., is hereby dismissed, with prejudice.

New Orleans, Louisiana, this 20 day of November, 2000.

DATE OF ENTRY
NOV 2 0 2000

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
Doc.No._____

-2-

Respectfully submitted,

_____
John F. Fay, Jr. (#1870)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-5141

**Attorneys for Plaintiff**

and

_____
Don K. Haycraft, T.A. (#14361)
Carol Welborn Reisman (#20410)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

**Attorneys for Ingram Barge Company**


300634_1.DOC